**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: August 2, 2018**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No.      14-30814 |
|     Mary E. Miller | * | Chapter   13 (Judge Humphrey) |
| | * | |
|     Debtor | * | |

Mary E. Miller                                         * Adversary Proceeding No.      18-03015
                                                       *
                                                       *
    Plaintiff                                          *
                                                       *
Vs.                                                    ***ORDER GRANTING**
                                                       ***MOTION FOR EXTENSION OF**
Ocwen Loan Servicing                                   ***TIME TO FILE RESPONSE      TO**
                                                       ***THE  MOTION TO DISMISS**
    Defendant                                          ***PLAINTIFF'S COMPLAINT WITH**
                                                       ***PREJUDICE**

    Upon   Motion of the  Plaintiff, by and through Counsel, filed on     July 2, 2018 (Docket No.  21)  the  Motion for an extension of time to file Response  to the  Motion to Dismiss is hereby granted.

    Plaintiff   shall have  an extension of time to file a  Response   to the  Motion to Dismiss Plaintiff's Complaint with Prejudice to include  August 1, 2018.

                                            **SO ORDERED.**

/s/  Andrew J. Zeigler_____
Andrew J. Zeigler, #0081417
Attorney for Plaintiff
1340 Woodman Drive

Dayton, Ohio 45432
(937) 252-2030
(937) 252-9425(FAX)
Email: andrew@kzlawohio.com


Copies to:

Default List


###